IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2131-1
Western Division

UNITED STATES OF AMERICA )
)
v. ) ORDER OF DISMISSAL
)
Rodrick D. Lewis )

Rodrick D. Lewis appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on October 8, 2014, and entered a plea of guilty to 21 U.S.C. § 844(a), Possession of Marijuana.. The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Rodrick D. Lewis has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 15th day of October, 2015

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge